1  Gayle I. Jenkins, State Bar No. 168962
   gjenkins@winston.com
2  WINSTON & STRAWN LLP
3  333 S. Grand Avenue, 38th Floor
   Los Angeles, CA 90071-1543
4  (213) 615-1700; Facsimile: (213) 615-1750

5  Ronald Y. Rothstein (*Pro Hac Vice Pending*)
6  rrothstein@winston.com
   Marc H. Trachtenberg (*Pro Hac Vice Pending*)
7  mtrachtenberg@winston.com
   Robert  H. Newman (*Pro Hac Vice Pending*)
8  rnewman@winston.com
   WINSTON & STRAWN, LLP
9  35 W. Wacker Drive
   Chicago, Illinois 60601
10 (312) 558-5600; Facsimile: (312) 558-5700

11 Attorneys for Plaintiffs
12 SPIN MASTER LTD. and SPIN MASTER, INC.

13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

16 SPIN MASTER LTD., a Canadian          )  Case No. **CV 10- 03125 JHN (FFMx)**
17 corporation; SPIN MASTER, INC., a     )
   Delaware corporation,                 )  **COMPLAINT FOR:**
18                                        )
19           Plaintiffs,                  )  1. **TRADEMARK INFRINGEMENT**
                                          )     **AND UNFAIR COMPETITION**
20                                        )     **UNDER 15 U.S.C. § 1125(A)**
        v.                               )  2. **UNFAIR COMPETITION**
21                                        )     **UNDER CAL. BUS. & PROF.**
                                          )     **CODE § 17200, *ET SEQ.*;**
22 CRAYOLA PROPERTIES, INC., a           )  3. **COMMON LAW TRADEMARK**
   Delaware corporation; CRAYOLA LLC,    )     **INFRINGEMENT AND UNFAIR**
23 a Pennsylvania limited liability company )   **COMPETITION**
                                          )
24           Defendants.                  )  **DEMAND FOR JURY TRIAL**
25 _____   )

26

27                        1

28
   CHI:2390411.10                                              COMPLAINT

**COMPLAINT**

Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master"), by their attorneys, for their Complaint against Crayola Properties, Inc. and Crayola LLC ("Crayola") allege as follows:

**NATURE OF THIS ACTION**

1.    This is an action for trademark infringement and unfair competition pursuant to 15 U.S.C. § 1125(a) of the Trademark Act of 1946 (the "Lanham Act"); California Business and Professions Code § 17200, *et seq.*, and California common law.  Plaintiff Spin Master invents, designs, manufactures, distributes, and sells a wide variety of popular, high quality toys throughout the world and is one of the largest toy companies in North America.  One of the categories of toys widely associated with Spin Master is a line of teenage fashion dolls and related accessories marketed under the LIV trademark targeted at adolescent and pre-teen girls.  This action is based on Crayola's unlawful use of Spin Master's distinctive LIV trademark in combination with Defendants' well-known house mark, "Crayola," in connection with Defendants' internet website at WWW.LIVCRAYOLA.COM (the "Infringing Website") and intended use on a line of fashion school supplies also targeted at adolescent and pre-teen girls (the "Infringing Products").  Defendants' conduct constitutes a blatant misappropriation of Spin Master's valuable intellectual property rights in their LIV trademark. The Infringing Product name infringes Spin Master's well-known LIV trademark.  Defendants' use of a confusingly similar trademark in connection with its Infringing Website and sale of the Infringing Product is likely to deceive the purchasing public into believing that Defendants' products are affiliated with, related to, sponsored by or connected with Spin Master or its famous line of fashion dolls and related accessories.  Defendants' illegal conduct has caused, and its intended conduct

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

2

CHI:2390411.10

will cause, substantial damage to Spin Master's goodwill and reputation in the marketplace.  Accordingly, Spin Master seeks corrective advertising and/or marketing, compensatory damages, statutory damages, treble damages for willful infringement, and attorneys' fees and costs.

## THE PARTIES

2.      Plaintiff Spin Master Ltd. is a Canadian corporation with its principal place of business at 450 Front Street West, Toronto; Ontario, Canada.

3.      Plaintiff Spin Master, Inc. is a Delaware corporation with its principal place of business at 11858 La Grange Ave., Suite C, Los Angeles, California 90025. Spin Master, Inc. is Spin Master Ltd.'s subsidiary and exclusive licensee in the United States.

4.      On information and belief, Defendant Crayola Properties, Inc. is a Delaware corporation with its principle place of business at 1100 Church Lane, Easton, Pennsylvania 18042.

5.      On information and belief, Defendant Crayola LLC is a Pennsylvania limited liability company with its principle place of business at 1100 Church Lane, Easton, Pennsylvania 18044-0431.

## JURISDICTION AND VENUE

6.      This action arises under the Trademark Act of July 5, 1946, as amended, commonly known as the Lanham Act, 15 U.S.C. § 1051, *et seq*.; Cal. Bus. & Prof. Code § 17200, *et seq*.; and the common law of the State of California.

7.      This Court has subject matter jurisdiction over the claims in this Complaint pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

3

CHI:2390411.10

COMPLAINT

8.      Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b). In addition, the acts constituting the state law violations alleged herein occurred within this judicial district.

9.      This Court has personal jurisdiction over Defendants because, on information and belief, Defendants regularly engage in business in this district and derives substantial revenue from goods sold and used in this judicial district. Defendants are marketing the Infringing Products via the Infringing Website, thereby placing the Infringing Products into the stream of commerce, intending that the Infringing Products be purchased by consumers with access to the Internet, including California citizens residing in this judicial district. Attached hereto as Exhibits 1 and 2, respectively, are true and correct copies of screenshots indicating that the Infringing Products are being marketed on the Infringing Website and that Defendants intends to sell the Infringing Products at Target stores as early as June 20, 2010. Attached as Exhibit 3 is a list of Target stores located in California, including numerous stores in this judicial district.

## SPIN MASTER AND ITS POPULAR LIV DOLLS

10.     For many years, Spin Master has been engaged in the business of designing, inventing, manufacturing, developing, marketing, and selling high quality toy products for children of all ages. Spin Master's products have been marketed, distributed, offered for sale and sold throughout the world, including the United States and California.

11.     Spin Master is a recognized leader in the children's products market. Spin Master is one of the top ten toy companies in the world and is the number one fastest growing toy company in North America.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

4

CHI:2390411.10

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

12.     One of the categories of toys widely associated with Spin Master is a line of teenage fashion dolls and related accessories known as the "Liv" dolls, which are real teenage girls with trend-setting styles and unique never before seen features, including wigs to create numerous hair play options, fourteen points of articulation for great pose ability, and real glass-like eyes that add to their look (the "Liv Products").

13.     As early as June 23, 2009, Spin Master began using the trademark LIV in connection with its Liv Products in the United States and Canada.

14.     Since that time, Spin Master has spent over $8 million on marketing and advertising of its Liv Products in the United States and has achieved over $38 million in retail sales in connection with the Liv Products in the United States as well as extensive coverage of its Liv Products in national media including articles in Business Week and Fast Company (see Exhibits 4 and 5, true and correct copies of these articles).

15.     As early as July 20, 2009 Spin Master posted a website dedicated to the promotion of the LIV Products at WWW.LIVWORLD.COM, prominently featuring the Liv trademark (the "Liv Website").  Attached as Exhibit 6 is a screenshot of the Liv Website.  The Liv Website is the first website of its kind to deliver an engaging daily narrative of each doll's life to anyone who purchased one of the dolls. The Liv Website is highly engaging and enables purchasers of the dolls to interact with daily diaries, collect fashions in their virtual closet, and enjoy webisodes,[1] games and more. The Liv Website is extremely popular, with over 2 million unique visitors who stay on the website for an average of 6 minutes, which is far longer than visitors spend on most websites.

---

[1] A "webisode" is a short audio or video presentation available initially (and often exclusively) for viewing and/or download on the world wide web.

COMPLAINT

CHI:2390411.10

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543





COMPLAINT

CHI:2390411.10

16.     As a result of substantial sales of the Liv Products, extensive advertising and promotion, the Liv Website, and the Liv Products' instant success, the highly distinctive and arbitrary LIV trademark has become widely and favorably known as identifying toy products originating from, sponsored by or associated with Spin Master. The relevant consuming public and trade have come to associate the LIV trademark with Spin Master as a source of innovative and high quality fashion dolls and related accessories.

17.     Accordingly, Spin Master's LIV trademark is an extremely valuable asset to Spin Master.

## CRAYOLA AND ITS WRONGFUL ACTS

18.     On or around March 23, 2010 it came to Spin Master's attention that Defendants were using the LIV trademark on the Infringing Website. The Infringing Website is posted on the LIVCRAYOLA.COM domain name (the "Infringing Domain"), which wholly incorporates Spin Master's highly distinctive and arbitrary LIV trademark. The Infringing Website prominently displays Spin Master's highly

7

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

CHI:2390411.10

distinctive and arbitrary LIV trademark in connection with the marketing of various goods targeted at young girls.



19.     On the Infringing Website, Defendants state that they intend to begin selling goods bearing the LIV designation on June 20, 2010.  See Exhibits 1 and 2, true and correct copies of the Infringing Website.



8

CHI:2390411.10

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

20.     Defendants' prominent use of Spin Master's highly distinctive and arbitrary LIV trademark in combination with its Crayola trademark is likely to misled or deceive the consuming public into believing that Defendants or their products are sponsored by or associated with Spin Master.  Defendants' use of Spin Master's highly distinctive and arbitrary LIV mark is without authorization from Spin Master.

21.     Spin Master promptly sent a letter to Defendants on March 26, 2010 informing them that their use and stated intended use of the LIV CRAYOLA designation was confusingly similar to Spin Master's LIV trademark and demanding that Defendants immediately cease and desist from all use of the LIV CRAYOLA designation.  Defendants responded by fax on April 2, 2010, wherein they rejected all of Spin Master's demands.  Spin Master sent a follow up letter to Defendants on April 13, 2010 reiterating its position.  Defendants responded by email on April 22, 2010, stating that they were considering Spin Master's last letter and were conducting an investigation.  Attached as Exhibit 7 hereto, is a true and correct copy of the correspondence between Spin Master and Defendants.

22.     Because Defendants continue to use Spin Master's highly distinctive and arbitrary LIV trademark on their Infringing Website and in marketing of their soon to be released Infringing Products, and because of the imminence of the stated release date of Defendants' Infringing Products, which has caused, and continues to cause, Spin Master injury, including by actively promoting confusion among consumers, Spin Master had no choice but to file the instant complaint.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

9

COMPLAINT

CHI:2390411.10

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# FIRST CAUSE OF ACTION

## Trademark Infringement, Unfair Competition

## and False Designation of Origin 15 U.S.C. § 1125(a)

23.    Spin Master repeats and realleges the allegations set forth in paragraphs 1 through 22 above, as though fully set forth herein.

24.    Spin Master has built up valuable good will in its highly distinctive and arbitrary LIV trademark.

25.    With knowledge of the fame of Spin Master's highly distinctive and arbitrary LIV trademark, and without Spin Master's authorization and consent, Defendants have traded and continue to trade on the good will associated with Spin Master's highly distinctive and arbitrary LIV trademark and mislead the public into assuming a connection between Defendants' Infringing Products and Spin Master.

26.    Defendants' prominent use of Spin Master's highly distinctive and arbitrary LIV trademark in commerce in connection with the sale, offering for sale, distribution, and advertising of its various products without consent of Spin Master, is likely to cause and is causing confusion, a mistaken deception among the general purchasing public as to the origin of Defendants' Infringing Products.  It is likely to deceive the public into believing that the infringing products being sold by Defendants originated from, or are associated with, or otherwise authorized by Spin Master.

27.    Defendants' activities have caused, and will continue to cause Spin Master to suffer substantial injury.  Spin Master has no adequate remedy at law and, if Defendants' activities are not enjoined, Spin Master will continue to suffer irreparable harm and injury to its goodwill and reputation.

COMPLAINT

CHI:2390411.10

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

**SECOND CAUSE OF ACTION**

**Unfair Competition Under Cal. Bus. & Prof. Code § 17200, *et seq.***

28.   Spin Master repeats and realleges the allegations contained in the foregoing paragraphs 1 through 27, as if fully set forth herein.

29.   Defendants' conduct as alleged herein is unlawful, unfair and fraudulent and has caused actual injury to Spin Master in violation of California Business and Professions Code § 17200, et seq.

30.   Spin Master has built valuable goodwill in its highly distinctive and arbitrary LIV Trademark.  Defendants' use of Spin Master's LIV trademark on the Infringing Website and in advertising, distribution, marketing, display, offer for sale, and/or sale of the Infringing Products is likely to confuse and deceive the public regarding a connection or affiliation between Spin Master and Defendants. This conduct results in damage to Spin Master's goodwill and reputation and unjust enrichment of Defendants.

31.   Defendants' conduct has injured Spin Master and, unless enjoined, will continue to cause great, immediate, and irreparable injury to Spin Master.

32.   Spin Master is entitled to injunctive relief and an order for restitutionary disgorgement of all of Defendants' ill-gotten gains.

**THIRD CAUSE OF ACTION**

**Trademark Infringement and Unfair Competition**

**under California Common Law**

33.   Spin Master repeats and realleges the allegations set forth in paragraphs 1 through 32 above, as though fully set forth herein.

34.   Spin Master has built up valuable good will in its highly distinctive and arbitrary LIV trademark.

COMPLAINT

CHI:2390411.10

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

35.     With knowledge of the fame of Spin Master's highly distinctive and arbitrary LIV trademark, Defendants have traded and continue to trade, on the good will associated with the mark and mislead the public into assuming a connection between Defendants' Infringing Products and Spin Master.

36.     Defendants' acts of trademark and trade name infringement cause confusion, mislead, and deceive the public as to the source of Defendants' Infringing Products, and falsely suggest a connection between the Defendants and Spin Master. Unless restrained by this Court, Defendants will continue with these acts, in violation of the common law of the State of California, and the detriment of Spin Master and the unjust enrichment of Defendants.

37.     Spin Master has no adequate remedy at law and, if Defendants' activities are not enjoined, Spin Master will continue to suffer irreparable harm and injury to its good will and reputation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Spin Master Ltd. and Spin Master, Inc. demand judgment as follows:

A.     Preliminarily and Permanently restraining and enjoining Defendants, their officers, agents, servants and employees, and all persons in acting in concert and participation with them, from their unauthorized use of Spin Master's highly distinctive and arbitrary LIV trademark, including, without limitation, any confusingly similar variation, or colorable imitation thereof, in connection with the sale and distribution of products by Defendants.

B.     Permanently restraining and enjoining Defendants, their officers, agents, servants and employees, and all persons in active concert and participation with them, from any further conduct suggesting or tending to suggest that any products

12

COMPLAINT

CHI:2390411.10

Defendants distribute, promote, or offer for sale are directly or indirectly sponsored by, approved by, or affiliated with Spin Master.

C.     Awarding Spin Master damages, costs, attorney's fees, and investigator's fees, and an accounting of Defendants' profits attributable to Defendants' unauthorized use of Spin Master's trademarks.

D.     Awarding Spin Master treble damages, pursuant to 15 U.S.C. § 1117(b), as a result of Defendants' wanton, deliberate, malicious, and willful conduct.

E.     Entering an order, pursuant to 15 U.S.C. § 1118 and other applicable law, directing Defendants to deliver for impoundment and destruction all products, instruction manuals, packaging, images, and promotional materials bearing any unauthorized copy of Spin Master's highly distinctive and arbitrary LIV trademark or any simulation, reproduction, counterfeit, copy, confusingly similar variation, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same.

F.     Entering an order, directing Defendants to delete the LIVCRAYOLA.COM domain name.

G.     Directing that Defendants pay to Spin Master the costs of this action, including their reasonable attorneys' fees incurred herein.

H.     Awarding Spin Master punitive damages in an amount sufficient to punish Defendants.

I.     Awarding Spin Master pre-judgment and post-judgment interest on any monetary awards.

J.     Ordering Defendants to disgorge all of their ill-gotten gains pursuant to California Business & Professions Code § 17203.

K.     Granting Spin Master any other and further relief as the Court may deem just and proper.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

13

CHI:2390411.10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

**Jury Demand**

Plaintiffs Spin Master Ltd. and Spin Master, Inc. demand a trial by jury on all issues so triable.

Respectfully submitted,

Dated:  April 26, 2010          By

Gayle I. Jenkins, State Bar (SBN: 168962)
WINSTON & STRAWN, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:(213) 615-1862
Fax:(213) 615-1750
gjenkins@winston.com

Ronald Y. Rothstein (*Pro Hac Vice Pending*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
rrothstein@winston.com

Marc H. Trachtenberg (*Pro Hac Vice Pending*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mtrachtenberg@winston.com

Robert H. Newman (*Pro Hac Vice Pending*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Plaintiffs, SPIN MASTER LTD. and SPIN MASTER, INC.

14

CHI:2390411.10

COMPLAINT

EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3



## California Locations

| Store Name | Address | City/State/ZIP | Phone |
|---|---|---|---|
| Albany | 1057 Eastshore Hwy | Albany, CA 94710 | (510) 982-0512 |
| Alhambra | 2120 W Main St | Alhambra, CA 91801 | (626) 308-3290 |
| Aliso Viejo | 26932 La Paz Rd | Aliso Viejo, CA 92656 | (949) 643-0337 |
| Anaheim | 101 S Euclid St | Anaheim, CA 92802 | (714) 422-1120 |
| Anaheim Hills | 8148 E Santa Ana Canyon Rd | Anaheim, CA 92808 | (714) 921-9091 |
| Antioch Slatten Ranch | 5769 Lone Tree Way | Antioch, CA 94531 | (925) 752-0002 |
| Apple Valley | 19201 Bear Valley Rd | Apple Valley, CA 92308 | (760) 247-4111 |
| Apple Valley North SuperTarget | 20288 US Highway 18 | Apple Valley, CA 92307 | (760) 240-7654 |
| Atwater SuperTarget | 1000 Commerce Ave | Atwater, CA 95301 | (209) 357-4820 |
| Auburn | 2700 Bell Rd | Auburn, CA 95603 | (530) 889-5650 |
| Bakersfield | 1300 Wible Rd | Bakersfield, CA 93304 | (661) 836-2391 |
| Bakersfield NE | 3401 Mall View Rd | Bakersfield, CA 93306 | (661) 872-9929 |
| Bakersfield NW | 9100 Rosedale Hwy | Bakersfield, CA 93312 | (661) 589-0554 |
| Bakersfield West | 11000 Stockdale Hwy | Bakersfield, CA 93311 | (661) 617-3657 |
| Baldwin Park | 3100 Baldwin Park Blvd | Baldwin Park, CA 91706 | (626) 851-9404 |
| Brea | 855 E Birch St | Brea, CA 92821 | (714) 989-5013 |
| Buena Park | 7530 Orangethorpe Ave | Buena Park, CA 90621 | (714) 676-0013 |
| Burbank | 1800 W Empire Ave | Burbank, CA 91504 | (818) 238-0132 |
| Camarillo | 209 W Ventura Blvd | Camarillo, CA 93010 | (805) 384-0040 |
| Los Angeles Topanga | 6700 Topanga Canyon Blvd | Canoga Park, CA 91303 | (818) 746-9922 |
| Carson | 651 W Sepulveda Blvd | Carson, CA 90745 | (310) 507-0020 |
| Carson North | 20700 S Avalon Blvd Ste 750 | Carson, CA 90746 | (310) 819-3011 |
| Palm Springs | 67750 E Palm Canyon Dr | Cathedral City, CA 92234 | (760) 321-7425 |
| Cerritos | 20200 Bloomfield Ave | Cerritos, CA 90703 | (562) 860-9909 |
| Cerritos West | 11525 South St | Cerritos, CA 90703 | (562) 274-0063 |
| Chico | 1951 E 20th St | Chico, CA 95928 | (530) 343-3770 |
| Chino | 5555 Philadelphia St | Chino, CA 91710 | (909) 627-8433 |
| Chino Hills | 3944 Grand Ave | Chino, CA 91710 | (909) 465-5804 |
| Chula Vista Broadway | 1240 Broadway | Chula Vista, CA 91911 | (619) 425-3850 |
| Chula Vista East | 910 Eastlake Pkwy | Chula Vista, CA 91914 | (619) 213-1010 |
| Chula Vista North 4th | 40 N 4th Ave | Chula Vista, CA 91910 | (619) 425-5120 |
| Birdcage-Citrus Heights | 5837 Sunrise Blvd | Citrus Heights, CA 95610 | (916) 966-5267 |

-17-

| Clovis | 900 Shaw Ave | Clovis, CA 93612 | (559) 297-4691 |
| Clovis NW | 695 W Herndon Ave | Clovis, CA 93612 | (559) 321-0009 |
| Colma | 5001 Junipero Serra Blvd | Colma, CA 94014 | (650) 992-8433 |
| Compton-Rancho Dom | 1621 South Alameda St | Compton, CA 90220 | (310) 735-0096 |
| Corona | 2615 Tuscanny St | Corona, CA 92881 | (951) 277-3075 |
| Costa Mesa | 3030 Harbor Blvd Ste A | Costa Mesa, CA 92626 | (714) 979-0372 |
| Culver City | 10820 Jefferson Blvd | Culver City, CA 90230 | (310) 839-5200 |
| Culver City South | 6000 Sepulveda Blvd | Culver City, CA 90230 | (310) 754-4614 |
| Cupertino | 20745 Stevens Creek Blvd | Cupertino, CA 95014 | (408) 725-2651 |
| Cypress | 6835 Katella Ave | Cypress, CA 90630 | (714) 220-2000 |
| Daly City Serramonte | 133 Serramonte Ctr | Daly City, CA 94015 | (650) 755-2393 |
| Davis | 4601 2nd St | Davis, CA 95618 | (530) 761-0126 |
| Diamond Bar | 747 Grand Ave | Diamond Bar, CA 91765 | (909) 610-2149 |
| Duarte | 1050 Huntington Dr | Duarte, CA 91010 | (626) 303-8858 |
| Dublin | 7200 Amador Plaza Rd | Dublin, CA 94568 | (925) 829-8900 |
| El Cajon | 250 Broadway | El Cajon, CA 92021 | (619) 442-9641 |
| Rancho San Diego | 2911 Jamacha Rd | El Cajon, CA 92019 | (619) 660-2948 |
| El Centro | 2295 N Imperial Ave | El Centro, CA 92243 | (760) 482-5400 |
| El Dorado Hills | 4400 Town Center Blvd | El Dorado Hills, CA 95762 | (916) 605-0184 |
| Elk Grove | 7505 Laguna Blvd | Elk Grove, CA 95758 | (916) 683-5356 |
| Encinitas | 1010 N El Camino Real | Encinitas, CA 92024 | (760) 633-1406 |
| Escondido | 1280 Auto Park Way | Escondido, CA 92029 | (760) 489-6119 |
| Eureka | 2525 4th St | Eureka, CA 95501 | (707) 442-0201 |
| Fairfield | 2059 Cadenasso Dr | Fairfield, CA 94533 | (707) 426-1105 |
| Folsom | 430 Blue Ravine Rd | Folsom, CA 95630 | (916) 984-9131 |
| Fontana | 16964 Slover Ave | Fontana, CA 92337 | (909) 356-4242 |
| Fontana North | 15272 Summit Ave | Fontana, CA 92336 | (909) 463-9872 |
| Foothill Ranch | 26762 Portola Pkwy | Foothill Ranch, CA 92610 | (949) 454-2360 |
| Fremont Hub | 39201 Fremont Blvd | Fremont, CA 94538 | (510) 795-6305 |
| Fresno Central | 5740 N Blackstone Ave | Fresno, CA 93710 | (559) 431-8622 |
| Fresno North | 7600 N Blackstone Ave | Fresno, CA 93720 | (559) 431-0104 |
| Fresno South | 3173 E Shields Ave | Fresno, CA 93726 | (559) 228-8471 |
| Fresno West | 3150 W Shaw Ave | Fresno, CA 93711 | (559) 275-7059 |
| Fullerton | 2920 Yorba Linda Blvd | Fullerton, CA 92831 | (714) 579-3090 |
| Fullerton South | 200 W Orangethorpe Ave | Fullerton, CA 92832 | (714) 992-4565 |
| West Fullerton | 1893 W Malvern Ave | Fullerton, CA 92833 | (714) 278-1024 |
| Brookhurst | 13831 Brookhurst St | Garden Grove, CA 92843 | (714) 534-2142 |
| Garden Grove Harbor | 12100 Harbor Blvd | Garden Grove, CA 92840 | (714) 971-4826 |

-18-

| | | | |
|---|---|---|---|
| **Gardena** | 2169 W Redondo Beach Blvd | Gardena, CA 90247 | (310) 327-0762 |
| **Gilroy** | 6705 Camino Arroyo | Gilroy, CA 95020 | (408) 848-6466 |
| **Glendale** | 2195 Glendale Galleria | Glendale, CA 91210 | (818) 334-1400 |
| **Granada Hills** | 11133 Balboa Blvd | Granada Hills, CA 91344 | (818) 360-2999 |
| **Hanford** | 140 N 12th Ave | Hanford, CA 93230 | (559) 582-9298 |
| **Hawthorne** | 2700 W 120th St | Hawthorne, CA 90250 | (323) 492-1000 |
| **Hayward** | 2499 Whipple Rd | Hayward, CA 94544 | (510) 471-9166 |
| **Hayward North** | 19661 Hesperian Blvd | Hayward, CA 94541 | (510) 731-0001 |
| **Hemet** | 3527 W Florida Ave | Hemet, CA 92545 | (951) 652-9585 |
| **Hesperia SuperTarget** | 12795 Main St | Hesperia, CA 92345 | (760) 949-3062 |
| **Hollister** | 1790 Airline Hwy | Hollister, CA 95023 | (831) 636-3722 |
| **Huntington Beach East** | 9882 Adams Ave | Huntington Beach, CA 92646 | (714) 849-1814 |
| **Indio SuperTarget** | 42625 Jackson St | Indio, CA 92203 | (442) 863-3600 |
| **Inglewood** | 3471 W Century Blvd | Inglewood, CA 90303 | (310) 677-2436 |
| **Irvine** | 3750 Barranca Pkwy | Irvine, CA 92606 | (949) 857-8337 |
| **Irvine North** | 13200 Jamboree Rd | Irvine, CA 92602 | (714) 838-1209 |
| **Irvine Spectrum** | 115 Fortune Dr | Irvine, CA 92618 | (949) 885-0114 |
| **La Habra** | 1000 W Imperial Hwy | La Habra, CA 90631 | (714) 459-6034 |
| **Grossmont** | 5500 Grossmont Ctr Dr | La Mesa, CA 91942 | (619) 461-1960 |
| **La Quinta** | 78935 US Hwy 111 | La Quinta, CA 92253 | (760) 564-0492 |
| **Laverne** | 2462 Foothill Blvd | La Verne, CA 91750 | (909) 593-2421 |
| **Lake Elsinore** | 18287 Collier Ave | Lake Elsinore, CA 92530 | (951) 674-2620 |
| **Lakewood Center Mall** | 141 Lakewood Center Mall | Lakewood, CA 90712 | (562) 894-0019 |
| **Lancaster** | 43525 10th St W | Lancaster, CA 93534 | (661) 949-8584 |
| **Lathrop** | 16858 Golden Valley Pkwy | Lathrop, CA 95330 | (209) 242-5041 |
| **Lincoln** | 950 Groveland LN | Lincoln, CA 95648 | (916) 251-3002 |
| **Livermore** | 4300 Las Positas Rd | Livermore, CA 94551 | (925) 606-1445 |
| **Lodi** | 2355 W Kettleman Ln | Lodi, CA 95242 | (209) 369-9371 |
| **Long Beach Bellflower** | 2270 N Bellflower Blvd | Long Beach, CA 90815 | (562) 493-5411 |
| **Long Beach NW** | 6750 Cherry Ave | Long Beach, CA 90805 | (562) 295-2971 |
| **Commerce** | 5600 Whittier Blvd | Los Angeles, CA 90022 | (323) 725-1121 |
| **Los Angeles** | 3535 S La Cienega Blvd | Los Angeles, CA 90016 | (310) 895-1131 |
| **Los Angeles Eagle Rock** | 2626 Colorado Blvd | Los Angeles, CA 90041 | (323) 258-1355 |
| **Los Banos** | 1405 W Pacheco Blvd | Los Banos, CA 93635 | (209) 827-2080 |
| **Manhattan Beach** | 1200 N Sepulveda Blvd | Manhattan Beach, CA 90266 | (310) 546-5601 |
| **Manteca** | 280 Spreckels Ave | Manteca, CA 95336 | (209) 823-9982 |
| **Marina** | 133 General Stilwell Dr | Marina, CA 93933 | (831) 883-5720 |
| **Menifee SuperTarget** | 30340 Haun Rd | Menifee, CA 92584 | (951) 723-6151 |

-19-

| | | | |
|---|---|---|---|
| **Merced** | 3280 R St | Merced, CA 95348 | (209) 725-3482 |
| **Mira Loma** | 12471 Limonite Ave | Mira Loma, CA 91752 | (951) 256-5261 |
| **Mission Viejo** | 24500 Alicia Pkwy | Mission Viejo, CA 92691 | (949) 583-1298 |
| **Mission Viejo N** | 25601 Jeronimo Rd | Mission Viejo, CA 92691 | (949) 680-1064 |
| **Modesto** | 3405 Mchenry Ave | Modesto, CA 95350 | (209) 572-3341 |
| **Modesto NW** | 3900 Sisk Rd | Modesto, CA 95356 | (209) 543-9561 |
| **Montclair** | 9052 Central Ave | Montclair, CA 91763 | (909) 624-5717 |
| **Moorpark** | 800 New Los Angeles Ave | Moorpark, CA 93021 | (805) 530-0028 |
| **Moreno Valley East SuperTarget** | 27100 Eucalyptus Ave | Moreno Valley, CA 92555 | (951) 571-8014 |
| **Morgan Hill** | 1061 Cochrane Rd | Morgan Hill, CA 95037 | (408) 310-4050 |
| **Mountain View** | 555 Showers Dr | Mountain View, CA 94040 | (650) 965-7764 |
| **Murrieta** | 41040 California Oaks Rd | Murrieta, CA 92562 | (951) 696-7527 |
| **Murrieta North SuperTarget** | 27818 Clinton Keith Rd | Murrieta, CA 92562 | (951) 704-1123 |
| **Napa** | 205 Soscol Ave | Napa, CA 94559 | (707) 224-1058 |
| **Napa North** | 4000 Bel Aire Plaza | Napa, CA 94558 | (707) 225-3016 |
| **Natl Cty Pl Bonita** | 3060 Plaza Bonita Rd | National City, CA 91950 | (619) 791-2749 |
| **Newpark Mall** | 400 Newpark Mall | Newark, CA 94560 | (510) 744-1790 |
| **Norco** | 1290 Hamner Ave | Norco, CA 92860 | (951) 371-1872 |
| **North Hollywood** | 11051 Victory Blvd | North Hollywood, CA 91606 | (818) 761-3083 |
| **Northridge** | 8840 Corbin Ave | Northridge, CA 91324 | (818) 772-0494 |
| **Northridge** | 8999 Balboa Blvd | Northridge, CA 91325 | (818) 924-9001 |
| **Norwalk** | 10600 Firestone Blvd | Norwalk, CA 90650 | (562) 406-8870 |
| **Norwalk East** | 12051 Imperial Hwy | Norwalk, CA 90650 | (562) 409-5036 |
| **Novato** | 200 Vintage Way | Novato, CA 94945 | (415) 892-3313 |
| **Oceanside** | 2255 S El Camino Real | Oceanside, CA 92054 | (760) 967-8335 |
| **Ontario** | 4200 E 4th St | Ontario, CA 91764 | (909) 579-3040 |
| **Orange** | 2191 N Tustin St | Orange, CA 92865 | (714) 974-2800 |
| **Oxnard** | 250 W Esplanade Dr | Oxnard, CA 93036 | (805) 983-1411 |
| **Pacoima** | 9725 Laurel Canyon Blvd | Pacoima, CA 91331 | (818) 896-8214 |
| **Palm Desert** | 72549 Highway 111 | Palm Desert, CA 92260 | (442) 341-9307 |
| **Palmdale** | 39440 10th St W | Palmdale, CA 93551 | (661) 265-0906 |
| **Palmdale East SuperTarget** | 38019 47Th Street E | Palmdale, CA 93552 | (661) 998-2500 |
| **Pasadena** | 777 E Colorado Blvd | Pasadena, CA 91101 | (626) 584-1606 |
| **Pasadena East** | 3121 E Colorado Blvd | Pasadena, CA 91107 | (626) 584-2931 |
| **Paso Robles** | 2305 Theatre Dr | Paso Robles, CA 93446 | (805) 227-0105 |
| **Pico Rivera** | 8800 Whittier Blvd | Pico Rivera, CA 90660 | (562) 949-6200 |
| **Pinole** | 1400 Fitzgerald Dr | Pinole, CA 94564 | (510) 222-0558 |
| **Pittsburg** | 4301 Century Blvd | Pittsburg, CA 94565 | (925) 778-8950 |

-20-

| Pleasant Hill | 560 Contra Costa Blvd | Pleasant Hill, CA 94523 | (925) 685-6069 |
|---|---|---|---|
| Porterville | 1363 W Henderson Ave | Porterville, CA 93257 | (559) 719-2203 |
| Poway | 14823 Pomerado Rd | Poway, CA 92064 | (858) 679-8202 |
| Rancho Cordova | 10881 Olson Dr | Rancho Cordova, CA 95670 | (916) 503-2512 |
| Rancho Cucamonga | 10576 Foothill Blvd | Rancho Cucamonga, CA 91730 | (909) 948-9952 |
| Rancho Santa Margarita | 30602 Rancho Santa Margarita Pkwy | Rancho Santa Margarita, CA 92688 | (949) 459-1543 |
| Redding | 1280 Dana Dr | Redding, CA 96003 | (530) 223-0123 |
| Redlands | 27320 W Lugonia Ave | Redlands, CA 92374 | (909) 307-1602 |
| Redondo Beach | 1601 Kingsdale Ave | Redondo Beach, CA 90278 | (310) 750-0003 |
| Redwood City | 2485 El Camino Real | Redwood City, CA 94063 | (650) 363-8940 |
| Richmond | 4500 Macdonald Ave | Richmond, CA 94805 | (510) 253-1000 |
| Riverbank | 2425 Claribel Rd | Riverbank, CA 95367 | (209) 863-1270 |
| Riverside | 3520 Tyler St | Riverside, CA 92503 | (951) 351-8271 |
| Riverside Arlington | 3333 Arlington Ave | Riverside, CA 92506 | (951) 784-6430 |
| Riverside SE | 2755 Canyon Springs Pkwy | Riverside, CA 92507 | (951) 697-6778 |
| Rohnert Park | 475 Rohnert Park Expy W | Rohnert Park, CA 94928 | (707) 586-2901 |
| Rosemead | 3600 Rosemead Blvd | Rosemead, CA 91770 | (626) 280-8024 |
| Roseville | 1925 Douglas Blvd | Roseville, CA 95661 | (916) 786-8787 |
| Roseville North | 10451 Fairway Dr | Roseville, CA 95678 | (916) 780-1020 |
| Puente Hills | 17751 Colima Rd | Rowland Heights, CA 91748 | (626) 913-2880 |
| Sacramento Arden | 1919 Fulton Ave | Sacramento, CA 95825 | (916) 483-6093 |
| Sacramento Madison | 5001 Madison Ave | Sacramento, CA 95841 | (916) 348-3701 |
| Sacramento Natomas | 3601 North Freeway Blvd | Sacramento, CA 95834 | (916) 576-0487 |
| Sacramento Riverside | 2505 Riverside Blvd | Sacramento, CA 95818 | (916) 444-0993 |
| Sacramento SW | 8101 Cosumnes River Blvd | Sacramento, CA 95823 | (916) 525-3576 |
| Salinas | 1640 N Main St | Salinas, CA 93906 | (831) 442-0547 |
| Orange Show | 499 W Orange Show Rd | San Bernardino, CA 92408 | (909) 381-3391 |
| San Bernardino | 2380 Sterling Ave | San Bernardino, CA 92404 | (909) 881-2671 |
| Tanforan | 1150 El Camino Real | San Bruno, CA 94066 | (650) 827-0171 |
| Balboa | 5680 Balboa Av | San Diego, CA 92111 | (858) 309-6564 |
| Kearny Mesa | 8001 Othello Ave | San Diego, CA 92111 | (858) 576-1570 |
| Lemon Grove | 3424 College Ave | San Diego, CA 92115 | (619) 471-0025 |
| Mira Mesa | 8251 Mira Mesa Blvd | San Diego, CA 92126 | (858) 530-1901 |
| San Diego Mission Valley | 1288 Camino Del Rio N | San Diego, CA 92108 | (619) 542-0025 |
| Sports Arena | 3245 Sports Arena Blvd | San Diego, CA 92110 | (619) 223-2491 |
| San Dimas | 888 W Arrow Hwy | San Dimas, CA 91773 | (909) 394-0335 |
| San Jose Capitol | 450 N Capital Ave | San Jose, CA 95133 | (408) 254-8931 |
| San Jose Central | 2161 Monterey Hwy | San Jose, CA 95125 | (408) 660-1703 |

-21-

| | | | |
|---|---|---|---|
| San Jose College Park | 533 Coleman Ave | San Jose, CA 95110 | (408) 346-2022 |
| San Jose East | 3155 Silver Creek Rd | San Jose, CA 95121 | (408) 238-7800 |
| San Jose Landess | 2155 Morrill Ave | San Jose, CA 95132 | (408) 946-6791 |
| San Jose Oakridge | 879 Blossom Hill Rd | San Jose, CA 95123 | (408) 513-3002 |
| San Jose Story Road | 1750 Story Rd | San Jose, CA 95122 | (408) 273-0054 |
| San Jose West | 1811 Hillsdale Ave | San Jose, CA 95124 | (408) 267-7900 |
| San Jose Westgate | 1600 Saratoga Ave | San Jose, CA 95129 | (408) 871-7984 |
| San Leandro Bayfair | 15555 E 14th St Ste 400 | San Leandro, CA 94578 | (510) 276-2699 |
| San Mateo Fashion Island | 2220 Bridgepointe Pkwy | San Mateo, CA 94404 | (650) 341-0734 |
| San Pedro | 1701 N Gaffey St | San Pedro, CA 90731 | (310) 507-6289 |
| San Ramon | 2610 Bishop Dr | San Ramon, CA 94583 | (925) 277-0202 |
| Sand City | 2040 California Ave | Sand City, CA 93955 | (831) 392-1990 |
| Santa Ana | 1330 E 17th St | Santa Ana, CA 92705 | (714) 541-4593 |
| Santa Ana | 3300 S Bristol St | Santa Ana, CA 92704 | (714) 641-4944 |
| Santa Ana NW | 1441 W 17th St | Santa Ana, CA 92706 | (714) 481-0030 |
| Santa Clarita East | 19105 Golden Valley Rd | Santa Clarita, CA 91387 | (661) 977-5154 |
| Santa Fe Springs | 10621 Carmenita Rd | Santa Fe Springs, CA 90670 | (562) 946-0851 |
| Santa Maria | 223 E Betteravia Rd | Santa Maria, CA 93454 | (805) 922-9904 |
| Santa Rosa South | 1980 Santa Rosa Ave | Santa Rosa, CA 95407 | (707) 575-0665 |
| Santee | 9846 Mission Gorge Rd | Santee, CA 92071 | (619) 449-9790 |
| Seal Beach | 12300 Seal Beach Blvd | Seal Beach, CA 90740 | (562) 596-9887 |
| Signal Hill | 950 East 33rd St | Signal Hill, CA 90755 | (562) 427-7751 |
| Simi Valley | 2907 Cochran St | Simi Valley, CA 93065 | (805) 583-8933 |
| South Gate | 5700 Firestone Blvd | South Gate, CA 90280 | (562) 806-2911 |
| Stockton | 4707 Pacific Ave | Stockton, CA 95207 | (209) 476-8081 |
| Stockton North | 10424 Trinity Parkway | Stockton, CA 95219 | (209) 235-0251 |
| Sunnyvale | 298 W McKinley Ave | Sunnyvale, CA 94086 | (408) 702-1012 |
| Rancho California | 29676 Rancho California Rd | Temecula, CA 92591 | (951) 676-2668 |
| Thousand Oaks | 2705 Teller Rd | Thousand Oaks, CA 91320 | (805) 480-9114 |
| Torrance | 3433 Sepulveda Blvd | Torrance, CA 90505 | (310) 214-1561 |
| Tracy | 2800 Naglee Rd | Tracy, CA 95304 | (209) 833-3494 |
| Tulare SuperTarget | 2195 E Prosperity Ave | Tulare, CA 93274 | (559) 631-1128 |
| Turlock | 3000 Countryside Dr | Turlock, CA 95380 | (209) 632-0132 |
| Tustin | 2300 Park Ave | Tustin, CA 92782 | (714) 361-2100 |
| Upland | 1931 Campus Ave | Upland, CA 91784 | (909) 985-0348 |
| Vacaville | 3000 Harbison Dr | Vacaville, CA 95687 | (707) 452-8053 |
| Valencia | 24425 Magic Mountain Pkwy | Valencia, CA 91355 | (661) 254-8001 |
| Vallejo | 904 Admiral Callaghan Lane | Vallejo, CA 94591 | (707) 642-0419 |

| | | | |
|---|---|---|---|
| **Van Nuys** | 5711 Sepulveda Blvd | Van Nuys, CA 91411 | (818) 779-0163 |
| **Van Nuys North** | 14920 Raymer St | Van Nuys, CA 91405 | (818) 922-1001 |
| **Ventura** | 4200 E Main St | Ventura, CA 93003 | (805) 644-9871 |
| **Ventura West** | 245 S Mills Rd | Ventura, CA 93003 | (805) 535-2752 |
| **Victorville** | 15321 Palmdale Rd | Victorville, CA 92392 | (760) 241-3357 |
| **Visalia** | 4247 S Mooney Blvd | Visalia, CA 93277 | (559) 749-0740 |
| **Visalia North** | 3308 N Dinuba Blvd | Visalia, CA 93291 | (559) 302-1850 |
| **Vista** | 1751 University Dr | Vista, CA 92083 | (760) 941-0220 |
| **Vista South** | 3150 Business Park Dr | Vista, CA 92081 | (760) 208-6111 |
| **Walnut Creek** | 1871 N Main St | Walnut Creek, CA 94596 | (925) 979-0083 |
| **Watsonville** | 1415 Main St | Watsonville, CA 95076 | (831) 761-9194 |
| **West Covina** | 2831 E Eastland Ctr Dr | West Covina, CA 91791 | (626) 859-0221 |
| **West Covina South** | 2370 S Azusa Ave | West Covina, CA 91792 | (626) 667-5400 |
| **West Hills** | 6635 Fallbrook Ave | West Hills, CA 91307 | (818) 999-2390 |
| **West Hollywood** | 7100 Santa Monica Blvd Ste 201 | West Hollywood, CA 90046 | (323) 603-0004 |
| **West Sacramento** | 2005 Town Center Plz | West Sacramento, CA 95691 | (916) 384-0977 |
| **Westminster** | 16400 Beach Blvd | Westminster, CA 92683 | (714) 841-4449 |
| **Westminster NW** | 200 Westminster Mall | Westminster, CA 92683 | (714) 657-1351 |
| **Whittier** | 15614 Whittwood Ln | Whittier, CA 90603 | (562) 371-9003 |
| **Woodland** | 2185 Bronze Star Dr | Woodland, CA 95776 | (530) 665-4148 |
| **Woodland Hills** | 20801 Ventura Blvd | Woodland Hills, CA 91364 | (818) 713-2707 |
| **Yuba City** | 1153 Butte House Rd | Yuba City, CA 95991 | (530) 671-6881 |

© 2010 Target.com. All rights reserved.

Privacy + Security | Terms + Conditions

The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

EXHIBIT 4

Tuesday March 9, 2010

**STRATEGY & COMPETITION**  September 15, 2009, 4:31PM EST

# Spin Master Goes Up Against Barbie

With its Liv line of dolls, the company brings its cool-toy bravado to the notoriously tough girls' market

By Christopher Palmeri

Can three guys who came out of nowhere to steal a big chunk of the lucrative—and elusive—market for boys' toys find success among the sugar-and-spice set? The founders of Toronto-based Spin Master are about to find out. Their new "Liv" line of dolls, launched in July, is aimed at girls aged 6 to 10.

If Liv's arduous journey from design lab to store shelves is any indication, the doll market is a lot tougher than Spin Master had realized. "The odds," says Needham & Co. analyst Sean McGowan, "are against any new product succeeding."

Walk into the bedroom of any boy under the age of 10, and you're likely to twist an ankle on a Spin Master product. Thanks to such hits as Bakugan Battle Brawlers (a line of magnetic action figures) and the Air Hogs line of model planes, privately held Spin Master's annual revenue has soared sevenfold over the past eight years, to more than $700 million, even as the overall toy industry has shrunk.

## BARBIE'S HALF-CENTURY REIGN

Spin Master has succeeded in part because founders Ronnen Harary, Anton Rabie, and Ben Varadi, who met at the University of Western Ontario in the 1990s, think more like boys than like corporate executives. Their main goal: making toys that are cool. Spin Master says its Tech Deck finger-size skateboards are among the most confiscated items in elementary school classrooms. The Havoc Heli swoops around a room like a real helicopter.

But the doll market is famously difficult to crack. Barbie has fought off dozens of rivals during her five-decade reign as the industry's top doll. MGA Entertainment had a hit with the Bratz dolls, launched in 2001. In 2004, Mattel (MAT) sued: A jury last year ruled that Mattel, not MGA, owns the Bratz line because the dolls' designer was working for Mattel when he created them. MGA is appealing the verdict. Retailers quickly shunned the Bratz brand, and sales collapsed.

Spin Master was undeterred. In 2006 it paid an undisclosed sum to an outside designer for a doll prototype with an internal mechanism that allowed it to move its arms and legs freely. Focus groups of girls told the mostly male development team that they didn't much care for a fashion robot. "The girls' aisle is so different," laments Chief Creative Officer Varadi.

## NO COLLAGEN

Back at the drawing board, Spin Master completely re-imagined the prototype. It took out the motors and added wigs so kids can change the dolls' hairstyles easily. It also gave its characters—four friends from an imaginary high school—backstories and imperfections that make them seem more real than the aspirational Barbie astronauts, beauty queens, and Presidential candidates. And Spin Master created a Web site, Livworld.com, where the dolls' diaries are updated daily, allowing it to weave new products into the story lines.

The small details, says Varadi, were toughest. He says he worked for months making sure the lips were right, referring to pictures of his girlfriend for guidance. "I didn't want them to look collagen-injected," he says.

In July, Spin Master finally released Liv. So far the results have been positive: The $19 toys have become top sellers at Walmart.com (WMT) and are the No. 2 doll at Target (TGT) in terms of shelf space, according to Kloster Trading analyst Lutz Muller.

Still, if doll makers have learned anything over the years, it's that whims of little girls are unpredictable. "I can see why kids might like it," says Needham's McGowan of the Liv line. But "if it doesn't work, you may not ever know why."

*Palmeri* is a senior correspondent in BusinessWeek's Los Angeles bureau.

# EXHIBIT 5

Case 2:10-cv-03125-JHN-FFM   Document 1   Filed 04/26/10   Page 31 of 57

# FAST COMPANY.COM

Where ideas and people meet

Article location:http://www.fastcompany.com/magazine/144/watch-your-back-barbie.html
April 1, 2010
Tags: Design, Magazine, Spin Master, Liv

# How Spin Master Mixes Tech and Toys—And Keeps Mattel Looking Over Its Shoulder

By Kate Rockwood

**The girls aisle is so different,"** says Spin Master Toys chief creative officer Ben Varadi with a sigh. He sounds very much like a boy used to playing with helicopters that can hover above open hands and laser-controlled race cars that zoom up walls. Which he is, because he helped invent those toys.

Varadi, 40, along with cofounders Ronnen Harary and Anton Rabie, have quietly built the fastest-growing and hottest toy company in North America, generating $650 million in annual revenue. Spin Master's deft melding of tech and play has produced such boys' favorites as Air Hogs, Tech Decks, and Bakugan, a board game featuring pieces that look like plastic golf balls until they're rolled across magnetic trading cards, at which point they pop open into detailed action figures. Spin Master has translated Bakugan into a massive multiplayer online game, and Universal will release a Bakugan movie in 2011.

But with nothing to offer in the girls aisle, Spin Master was still just half a business. To enter the big leagues with Mattel and Hasbro -- the only two North American toy companies larger than Toronto-based Spin Master -- Varadi knew he needed girls. Fashion dolls, he figured, could be a $400 million opportunity for the privately held company.

"To survive as a toy company now," says George Van Horn, a senior analyst at IbisWorld, "you have to be a risk taker." And there's no bigger risk than trying to reinvent the fashion doll, the modern icon of the toy business. Mattel invented -- and still dominates -- the doll market with Barbie. Just two years ago, Mattel solidified that position by winning a $100 million copyright lawsuit against rising rival Bratz, which effectively crushed the competitor.

But Varadi and a team at Spin Master saw opportunity -- and over the past year, their Liv dolls have captured girls' imaginations with better backstories and play-friendly breakthroughs in hair and poses. Spin Master has done it with flexibility, perfectionism, and Internet-age marketing that has set Barbie on her heels. Now the real fun begins.

**Spin Master's first** move into girls toys was a disaster. In 2006, the company paid an undisclosed sum for a doll prototype with an internal mechanism that let it move its arms and legs freely. "We're competing against other dolls," Varadi says, explaining his thinking, "but we're also competing against computers, video games, TVs, and cell phones. Why not bring the worlds together?"

The mostly male development team, led by Varadi, put what can only be called a "fashion robot" in front of focus groups of young girls. It flopped. That might have been the end of the experiment, a thankfully private embarrassment and tacit admission that the company should stick to boys. "If Ben wasn't so passionate about this, we wouldn't have pursued dolls for so long," says Rabie, who serves as president and co-CEO.

Rather than retreat, Spin Master doubled down. It opened a design studio in Los Angeles in 2007, a warren of rainbow-soaked offices and showrooms, dotted with beanbag chairs, cases of Red Bull, and mountains of figurines. Varadi wooed Nicole Perez, a Mattel vet who had "worked on everything but Barbie" before moving to Vivendi Video Games. As senior marketing director, she recruited her friend and former Mattel colleague Tracey Thurman to be design director. "When we came to Spin Master," Thurman says, "the team was just Ben and a sculpt of a head." Varadi gave them two years to produce.

The team, now 11 people strong, quickly set about developing a narrative for the still-unnamed dolls. "With boys, they want to know immediately what the toy can do," Perez says. "Girls want to use the toy to tap into a story, to create a connection." The story Spin Master developed centered around four friends at an imaginary high school, and they scouted local surf shops, malls, and fro-yo stands for inspiration and detail. While Barbie has built her empire around the glitz and glamour of make-believe -- Police officer Barbie! Astronaut Barbie! -- the Liv dolls are decidedly down-to-earth. Katie is an athlete who turns into a klutz when she's off her skateboard. Bespectacled Sophie wants to be a hairstylist when she's older and loves to practice on her friends. "The dolls needed to be pretty," Perez says, "because they're dolls and that's what girls want, but we also wanted to make the dolls approachable and real."

Perez and Thurman decided to incorporate diversity into the main narrative, not just present ethnic dolls as supporting players. Of the four Liv characters, African-American Alexis is the most fashion-focused of the bunch and plagued by a pesky younger brother; Hispanic Daniela is an aspiring musician. "Past age 6, girls start developmentally trying on different personalities, so they're very drawn to distinct storylines," says Reyne Rice, a trend specialist at the Toy Industry Association. "Liv dolls are still aspirational, but in a real-life way."

The Liv group didn't focus exclusively on stories. Because young girls are obsessed with the "broken-doll poses" flaunted on magazine covers and *America's Next Top Model*, Spin Master gave Liv dolls 14 points of articulation (most dolls have only 8), so they're easier to bend and pose. "Boys action figures have long had more articulation points, but it's an incredibly difficult thing to do in a doll," Thurman says. "You're not just creating a knee joint -- you also have to worry about what it looks like. Little girls want it to be a beautiful knee joint that bends."

The Liv team also blew out the concept of playing with doll hair by giving her high-quality wigs that can be styled, swapped, and cut. "I can't tell you how many Barbies I ruined as a kid by cutting their hair," Perez says. In early focus groups, Perez and Thurman presented girls with a slew of wigs -- some streaked with blue or pink -- and a pair of scissors; most of the kids had to be reassured more than once that it was okay to actually cut the hair before they snipped away.

Spin Master originally planned to launch its new doll line in late 2010, but then Mattel won its lawsuit against Bratz maker MGA Entertainment (arguing that toy designer Carter Bryant had developed the Barbie rival while still employed at Mattel). Bratz sales quickly collapsed. Spin Master execs recognized an opening in the market and moved the launch date for Liv dolls up by a

-27-

full year.

"Usually, it takes at least 18 months to develop a line like this, if not a couple of years," Perez says. She and Thurman traveled to the Toronto headquarters in January 2009 to discuss whether a launch later that year was even possible. "I'll never forget; we said, 'We really don't think there's enough time. You guys are crazy.' And they said, 'We're doing it!' It was an intense moment of 'brace yourself.' "

"We were designing on the fly," Thurman says, sitting at a pint-size table in Liv's L.A. showroom, "literally going from a sketch to handing it over to the factory to sew it up and make it." The frenetic pace inevitably led to hiccups. "I flew to Hong Kong eight times last year to oversee production, and the first dolls that came off the line were all cross-eyed," Thurman says, crossing her fingers in front of her face. "I called up Nicole, like, 'We might not be able to do this.' "

Its factory more than once misread specs and produced human-scale versions of doll accessories, translating a fabric pattern intended as a tiny floral print into one that barely fit a single flower on a doll's shirt and making sunglasses that "could have fit Tracey's face," Perez says. "It's funny now, but at the time it was a pressure cooker."

Meanwhile, they developed livworld.com [1], where girls can register their dolls, dress them up from a virtual closet, and, most important, play games, read online diaries, and watch Web videos. The goal: to seed the brand across platforms and extend engagement from physical to computer play, a Spin Master specialty. When Liv owners log on and register their fashions and play sets, they unlock the virtual versions of those items. To help feed the desire both online and off for new items -- and connect the fashion doll to the fashion world -- Spin Master produces clothing lines for the dolls every three months and retires dated fashions just as quickly. "Our clothing designers come from the fashion industry," Thurman says. "When you look at their sketches, you wouldn't know if it was for a doll or a real girl." As backstories and plot lines unfurl, new clothes, accessories, and characters are introduced. A fifth doll is slated to join the crew this fall, but girls will start reading about this "mysterious friend" over the summer in the online diaries, Perez says.

Unveiled last summer, Liv dolls quickly became a top seller at Walmart and the No. 2 doll at Target in terms of shelf space. The brand's "We're a hit!" moment came during the holiday crush last December. Toys "R" Us CEO Gerald Storch was working the sales floor one Sunday afternoon when he ran out of Liv stock. He called Spin Master's Rabie. "We need more Liv dolls -- now!" he shouted from his cell phone. Storch wasn't the only retailer to underestimate demand for the fab four dolls, and Liv products were in limited supply the last two weeks of December. Despite shortages, Liv dolls snagged 5% market share in just six months, a feat that took Bratz six times as long to achieve.

**The battle with Barbie** -- the reigning queen of the toy business for 50 years, the $1.3 billion behemoth with a 50% share of the fashion-doll market -- is on. "Liv is probably the only one who can challenge Barbie in the long haul," says Lutz Muller, an analyst with Klosters Trading. "Liv is incredibly well made, and once it's established, it becomes the standard, even if Mattel introduces a line that looks and moves like Liv."

In fact, Mattel has launched a line of Fashionista Barbies, with 12 articulation points, evidence that the $5.4 billion company is paying attention to its 21st-century rival. But one line won't mend Barbie's woes. "We need to reconnect Barbie back to her rich fashion roots," admitted Richard

Case 2:10-cv-03125-JHN-FFM   Document 1   Filed 04/26/10   Page 34 of 57

Dickson, senior vice president at Mattel, shortly after he joined the company in 2008. Dickson, tasked with pumping cool style into the 11.5-inch doll, arranged a New York Fashion Week runway show, set up a human-scale Malibu dream house, and opened a six-story Shanghai flagship store. Still, worldwide sales of the Barbie brand declined 3% last year; Dickson left Mattel this past February. Analysts estimate that sales peaked in 2002.

Mattel has also struggled with its virtual presence. It launched its Web portal barbiegirls.com [2] in 2007 and drew plaudits initially for attracting more than 3 million users in just 60 days. But growth leveled off and the initial financial driver behind the site -- selling MP3 players -- fizzled. Mattel shifted to a subscription-based model, but analysts question how much online play has driven real-world sales.

Spin Master, in the meantime, reports that almost one-third of Liv dolls have been registered online, and girls spend an average of 12 minutes on each site visit. Its top execs are too much the polite Canadians to confront their admittedly litigious competition verbally. "The doll category is so fierce and so controlled by Barbie. Everyone watches the newcomer," is all Varadi will say. For its part, the Liv team is busy worrying about the competition from handheld devices, multimedia, Web sites, and the dwindling attention spans they create. "We see this as a huge long-term brand," Perez says. "The toy is obviously critical, but that's just one part of it. We want to deliver content to every corner that we can."

---

**Links:**
[1] http://livworld.com
[2] http://barbiegirls.com

# EXHIBIT 6







EXHIBIT 7

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

RONALD Y. ROTHSTEIN
(312) 558-7464
rrothstein@winston.com

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600
———
FACSIMILE (312) 558-5700
———
www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

March 29, 2010

**VIA FEDERAL EXPRESS**
General Counsel
Crayola Properties, Inc.
1100 Church Lane
Easton, Pennsylvania 18042

<u>RE:</u>    **LIV Crayola/Trademark Infringement**

We are writing on behalf of our client Spin Master Ltd. ("Spin Master"). This letter concerns Crayola Properties, Inc. ("Crayola") intended use of LIV CRAYOLA.

Spin Master is a multinational children's entertainment company which has been designing, developing, manufacturing and marketing consumer products for well over 15 years. Spin Master has over 600 employees located in the US, Canada, UK, France, Hong Kong and China. Spin Master is the owner of the trademark LIV which it has used extensively in connection with its line of fashion dolls and related items. Spin Master has expended substantial time and financial resources in the development, advertising and promotion of the its LIV trademark throughout Canada and the United States and has achieved significant recognition and goodwill in the mark including significant coverage in national newspapers and publications. Attached as Exhibit A is a screenshot of Spin Master's website dedicated to LIV products and the LIV experience located at http://www.livworld.com which prominently displays Spin Master's LIV trademark.

It has recently come to our client's attention that Crayola has filed in intent to use application with the United States Patent and Trademark Office on June 26, 2009 for the mark LIV CRAYOLA for use in connection with stationary products, including note pads, markers, notebooks, sticker albums, pens, pencils and other paper products. An extract of this application from the USPTO database is attached as Exhibit B. Furthermore, Crayola has expressly stated its intention to begin use of the LIV CRAYOLA mark as early as the summer of 2010. Attached as Exhibits C is a screenshot of Crayola's Facebook page where it makes such a representation.

CHI:2381815.3

WINSTON & STRAWN LLP

March 26, 2010
Page 2

"LIV", the dominant portion of Crayola's intended mark LIV CRAYOLA is identical to Spin Master's distinctive LIV trademark. Crayola's stated intended use for the LIV CRAYOLA mark is for the identical goods and services for which Spin Master either current markets its LIV products or intends in the near future to include in its product offering. Furthermore, Crayola has stated that it intends to use the LIV CRAYOLA mark in connection with products that are marketed through similar channels of trade and targeted at the same group of consumers as the products Spin Master markets and sells under its LIV mark, namely teenage girls. As such, Crayola's  intended use of LIV CRAYOLA and is likely to cause confusion, mistake, deception, or mislead consumers as to the affiliation, connection or association between you and our client and will constitute unfair competition, and false designation of origin in violation of the Lanham Act and federal and state law.

We also understand that on April 1, 2010, RepNation LLC plans to launch a promotion seeking a Liv Crayola ambassador, to "generate buzz and awareness about the launch of the line, ultimately driving retail traffic and sales of Liv Crayola products."
*See*     https://www.repnation.com/RepNationCom/JobPosting.aspx?OpportunityId=77080be0-41ce-405c-a560-67437f0ae98b.  As this promotion's launch is imminent, we wanted to alert you to this potential infringement before any activities are initiated in the marketplace or substantial dollars are invested toward any such effort.

Accordingly, on behalf of Spin Master, we formally demand that you cease any and all use or intended use of the LIV CRAYOLA designation and expressly abandon any applications to register this mark.  Spin Master views this as an extremely serious matter that requires prompt action by Crayola.   Spin Master protects its intellectual property rights aggressively and will do so here if necessary.  Please call me immediately to discuss whether an amicable resolution to this matter can be reached.  This letter is written without prejudice to any claim for damages or other relief that Spin Master may have in the event that litigation against your company might prove necessary.

Sincerely,

Ronald Y. Rothstein

CHI:2381815.3

-34-

Exhibit A



# Exhibit B

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2010-03-23 19:14:04 ET

**Serial Number:** 77769201 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LIV CRAYOLA

**(words only):** LIV CRAYOLA

**Standard Character claim:** Yes

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2009-12-08

**Filing Date:** 2009-06-26

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Notice of Allowance Date is:** 2009-12-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**Attorney Assigned:**
MCCAULEY BRENDAN D

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2009-12-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Crayola Properties, Inc.

**Address:**
Crayola Properties, Inc.
1100 Church Lane
Easton, PA 18042
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** 610-253-6271
**Fax Number:** 610-258-3744

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
Adhesive note pads; Adhesive note paper; Appointment books; Ball-point pens; Binders; Blank journals;
Blank note cards; Book covers; Book markers; Book-cover paper; Calendars; Color pencils; Corkboard pins;
Diaries; Highlighter pens; Highlighting markers; Index cards; Ink pens; Markers; Note cards; Note pads; Note
paper; Notebooks; Paper for wrapping and packaging; Paper gift bags; Paper gift wrap; Paper notebooks;
Paper stationery; Pencil or pen boxes; Pencils; Pens; Personal organizers; Personalized writing journals;
Printed recipe cards; Scrapbooks; Scribble pads; Sketchbooks; Stationery folders; Sticker albums
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
644752
718582
1279429

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval"
shown near the top of this page.**

2010-03-12 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-03-12 - TEAS Change Of Owner Address Received

2009-12-08 - Noa Mailed - SOU Required From Applicant

2009-09-15 - Published for opposition

2009-08-26 - Notice of publication

2009-08-13 - Law Office Publication Review Completed

2009-08-11 - Assigned To LIE

2009-08-03 - Approved for Pub - Principal Register (Initial exam)

2009-07-29 - Assigned To Examiner

2009-07-01 - Notice Of Pseudo Mark Mailed

2009-06-30 - New Application Office Supplied Data Entered In Tram

2009-06-30 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Albert P. Mauro, Jr., Esq.

**Correspondent**
ALBERT P. MAURO, JR., ESQ.
2501 MCGEE ST
KANSAS CITY MO 64108-2600
Phone Number: 816-274-5583
Fax Number: 816-274-7171

Dwight C Arn
General Counsel
Crayola LLC
PO Box 419126, Mail Drop 339
Kansas City, MO 61414-6126
816-274-4057
816-274-7171 (fax)
dam1@hallmark.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Ronald Rothstein | **From:** | Dwight C. Arn |
| **Fax:** | 312 – 558-5700 | **Pages:** | 3 |
| **Phone:** | | **Date:** | 4/2/2010 |
| **Re:** | LIV Crayola | **CC:** | |

☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:**



April 2, 2010

<u>Via Telefax (312) 558-5700</u>

Mr. Ronald Rothstein
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

      Re:   Liv Crayola

Dear Mr. Rothstein:

      I am in receipt of your letter of March 26, 2010 regarding Crayola's use of the mark LIV CRAYOLA. As you noted, Crayola applied for a US trademark application for the term for use in connection with a variety of stationery products. That mark was published to the public on September 10, 2009 and was allowed without opposition. The mark was filed in relation to a line of planned stationery products that combine bold graphics with customizable elements and which will include notebooks, index cards, pens, mechanical pencils, rulers and similar products. The products are intended for the Back to School or stationery aisle, and are aimed squarely at the 13-16 year old age range.

      Your client's trademark applications, and the goods on which the mark is used, cover a distinctly different set of goods, such as dolls, clothing, cosmetics and computer games. The dolls and accompanying accessories appear to be targeted to a much younger age range (as young as 4 years old). Your client's products are not likely to be situated in a stationery or Back to School aisle, but rather would be featured with other dolls and doll accessories, or other fashion toys.

      Crayola strongly believes that there is no likelihood of confusion between the Crayola mark and your client's mark, given the significant differences in the goods themselves, the graphic impression of the two different marks, the use of the dominant "Crayola" name in our mark, the different intended audiences, and the different sections of stores in which the products would be displayed and sold.

      The USPTO did not perceive any likelihood of confusion when examining our application and your client's applications, and neither does Crayola.

                Sincerely,

                Dwight C. Arn
                General Counsel

{00057156.DOC /v1}

Mr. Ronald Rothstein
April 2, 2010
Page 2

P.O. Box 419126, Mail Drop 339
Kansas City Missouri 64141-6126
Phone: (816) 274-4057
Fax: (816) 274-7171
darn1@hallmark.com

cc:     Sharon Hartley, EVP, Marketing & Sales North America

{00053308.DOC / 5}

# WINSTON & STRAWN LLP

<table>
<tr><td>

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

</td><td>

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

</td><td>

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

</td></tr>
</table>

RONALD Y. ROTHSTEIN
(312) 558-7464
rrothstein@winston.com

April 13, 2010

**VIA U.S. MAIL**
Dwight C. Arn
Crayola LLC
PO Box 419126
Kansas City, MO 64141-6126

RE:   **LIV Crayola/Trademark Infringement**

Dear Mr. Arn,

This is in response to your fax of April 2, 2010 regarding Crayola's intended use of LIV CRAYOLA.

We are disappointed with your response and strongly disagree with the position you are taking. The fact that Crayola's application was allowed without opposition is not determinative of whether there is a likelihood of confusion with our client's mark and is not even determinative as to whether the USPTO perceived a likelihood of confusion. Even if the Examining Attorney was aware of Spin Master's application when he approved Crayola's application for publication, it is well-established that an Examining Attorney's citation of or failure to cite an existing mark or application is not determinative as to whether there is a likelihood of confusion between two competing marks. Similarly, that a trademark owner does not file an opposition to a pending application has no bearing on the senior trademark owner's rights in its mark.

Contrary to the argument in your letter, there is undoubtedly a likelihood of confusion between Spin Master's LIV mark and Crayola's intended LIV CRAYOLA mark. The intended audiences for the goods sold in connection with the marks are similar and they are distributed in similar channels of trade. The goods are intended for use by children and are sold in stores that carry children's products. Your statement that the products Crayola intends to market under the LIV trademark will be situated in the back to school aisle has no bearing on a

-42-

WINSTON & STRAWN LLP

April 13, 2010
Page 2

likelihood of confusion analysis. Moreover, your assumption that Crayola's LIV products and Spin Master's LIV line of products will not be placed in close proximity with each other is incorrect. Children as young as 3 years of age fit within the back to school age category and your arbitrary narrowing of the category to only include 13-16 year olds makes little sense. Crayola products, including its own back to school products, target children as young as three years of age. The Crayola Color Explosion 3-D product, for example, targets children 6 years and older. Thus, we are not persuaded by your claim that the goods will be marketed to different age categories or that the potential for different store locations will mitigate the likelihood of confusion here.

Furthermore, it is quite common for marks used in connection with crayons and stationary to also be used in connection with games and toys. This is evidenced by that fact that there are almost 6,000 federal trademark registrations in both class 16 and 28 as well as over 300 registered trademarks in which the registrant claimed both dolls and crayons in their identification of goods and services, over 400 registrations in which the registrant claimed both games and crayons in their identification of goods and services, and over 250 registrations in which the registrant claimed both games and stationary in their identification of goods and services. In fact, Crayola currently owns two trademarks registered in classes 16 and 28, Reg. Nos. 1,252,617 and 1,279,429, in which it claims both crayons and games in its identification of goods and services.

Additionally, your statement that "Crayola" is the dominant portion of the LIV CRAYOLA mark is misguided. It is well-established that use of a trademark owner's mark in combination with an element that is identical to another party's well-known trademark can increase rather than reduce the likelihood of confusion because consumers may perceive there to be a sponsorship or affiliation between the two mark owners.

Spin Master also has superior rights in the LIV mark. Spin Master has been using its LIV mark in U.S. commerce since at least as early as June 23, 2009, has invested millions in marketing and advertising the LIV mark, resulting in national media attention and widespread acceptance in the competitive children's market. Even if Crayola were to begin using the LIV CRAYOLA mark and file its Statement of Use with the USPTO, Spin Master would have priority based not only on Spin Master's actual first use of the mark in commerce, but also based on its constructive first use of the mark, which will be as early as March 2, 2009. Spin Master's applications were filed on a 44D basis (15 U.S.C. § 1126(d)), which will give it priority dates of March 2, 2009; May 19, 2009; and May 13, 2009, respectively. The earliest of the Canadian applications on which Spin Master's US applications are based was allowed on February 19, 2010, and a Declaration of Use was filed on April 7, 2010, paving the way for allowance and registration of the U.S. applications in the very near future.

Spin Master protects its intellectual property rights aggressively and will do so here if necessary. Accordingly, on behalf of Spin Master, we repeat our demand that you cease and desist from any and all use or intended use of the LIV CRAYOLA designation and expressly abandon any applications to register this mark. Spin Master views this as an extremely serious matter that requires prompt action by Crayola. Please call me immediately to discuss whether an

WINSTON & STRAWN LLP

April 13, 2010
Page 3

amicable resolution to this matter can be reached.  This letter is written without prejudice to any claim for damages or other relief that Spin Master may have in the event that litigation against your company might prove necessary.

Sincerely,

Ronald Y. Rothstein

**Trachtenberg, Marc H.**

**Subject:**                               FW: LIV Crayola

**From:** Dwight C Arn <darn1@hallmark.com>
**Date:** April 22, 2010 12:36:27 PM EDT
**To:** "Rothstein, Ron" <RRothste@winston.com>
**Subject: LIV Crayola**

I have been considering your letter of April 13 but the press of other
matters has prevented me from replying yet. Once I gather a few more
answers, which I have made my priority, we will be in touch with you.
Please be aware that the product called LIV Crayola will not be on retail
shelves imminently.
This message, including any attachments, is for the designated recipient
only and/or Hallmark Cards, Inc. employees.  It may contain privileged,
proprietary, or otherwise private information.  If you have received it in
error, please notify the sender immediately and delete the original.  Any
other use of the e-mail, disclosure of the information, or distribution by
you is prohibited.

Gayle I. Jenkins 168962
Winston & Strawn, LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, California  90071
213.615.1700;FAX 213.615.1750


Attorneys for Plaintiffs SPIN MASTER LTD and SPIN
MASTER, INC.

---

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation; SPIN MASTER, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br><br>V.<br><br>CRAYOLA PROPERTIES, INC., a Delaware corporation; CRAYOLA LLC, a Pennsylvania limited liability company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV 10-03125** JHN (FFMx)<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): CRAYOLA PROPERTIES, INC., a Delaware corporation; CRAYOLA LLC, a Pennsylvania limited liability company

    A lawsuit has been filed against you.

    Within  2 1  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Winston & Strawn, LLP, whose address is 333 S. Grand Avenue, Suite 3800 Los Angeles, California  90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                      Clerk, U.S. District Court


Dated: April 26, 2010                 By:_____
                                          Deputy Clerk
                                          **SEAL**
                                          (Seal of the Court)


*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

**SUMMONS**                 American LegalNet, Inc.
                                                              www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

SPIN MASTER LTD., a Canadian corporation; SPIN MASTER, INC., a Delaware corporation

**DEFENDANTS**

CRAYOLA PROPERTIES, INC., a Delaware corporation; CRAYOLA LLC, a Pennsylvania limited liability company

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Gayle I. Jenkins
Winston & Strawn, LLP
333 S. Grand Avenue, Suite 3800, Los Angeles, CA 90071
Los Angeles, California 90071
213.615.1700

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** tt.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Lanham Act, 15 U.S.C. § 1051, et seq - infringment on LIV trademark

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV 10 - 03125**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country. |
|---|---|
| Spin Master, Inc. - Delaware corporation with its principal place of business at 11858 La Grange Ave., Suite C, Los Angeles | Spin Master Ltd. - Canada |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Crayola Properties, Inc. - Delaware corporation with principal place of business in Pennsylvania; Crayola LLC - Pennsylvania LLC with principal place of business in Pennsylvania |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date April 26, 2010

Gayle I. Jenkins

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**CIVIL COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com