Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94611
Telephone: (415) 591-1506
Facsimile: (415) 591-1400

Nicolas A. Jampol (SBN: 244867)
njampol@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Ronald Y. Rothstein (*Pro Hac Vice*)
rrothstein@winston.com
Marc H. Trachtenberg (*Pro Hac Vice*)
mtrachtenberg@winston.com
Robert H. Newman (*Pro Hac Vice*)
rnewman@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Plaintiffs/Counter-defendants*
SPIN MASTER LTD. and SPIN MASTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation; SPIN MASTER, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>CRAYOLA PROPERTIES, INC., a Delaware corporation; CRAYOLA LLC, a Pennsylvania limited liability company<br><br>Defendants. | **Case No.** 2:10-cv-03125-JHN-FFMx<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE IN SETTLEMENT**<br><br>[Honorable Jacqueline H. Nguyen] |
| CRAYOLA PROPERTIES, INC., a Delaware corporation; CRAYOLA LLC, a Delaware limited liability company,<br><br>Counter-claimants,<br>v.<br>SPIN MASTER LTD., a Canadian corporation; SPIN MASTER, INC., a Delaware corporation,<br><br>Counter-defendants. | |

1   Upon the parties' stipulation, and good cause appearing therefore, it is
2   ORDERED that pursuant to Fed. R. Civ. P. 41(a) and (c), this action, including all
3   claims and counterclaims, is dismissed with prejudice pursuant to the terms of the
4   parties' confidential settlement agreement.

6   **IT IS SO ORDERED.**

8   Dated: May 12, 2011          _____
9                                Hon. Jacqueline H. Nguyen
                                 United States District Judge