1   Jennifer A. Golinveaux (SBN: 203056)      Nicolas A. Jampol (SBN: 244867)
    jgolinveaux@winston.com                    njampol@winston.com
2   WINSTON & STRAWN LLP                        WINSTON & STRAWN LLP
    101 California Street, Suite 3900           333 S. Grand Avenue, 38th Floor
3   San Francisco, CA 94611                     Los Angeles, CA 90071-1543
    Telephone:  (415) 591-1506                  Telephone:  (213) 615-1700
4   Facsimile:  (415) 591-1400                  Facsimile:  (213) 615-1750

5   Ronald Y. Rothstein (*Pro Hac Vice*)
    rrothstein@winston.com
6   Marc H. Trachtenberg (*Pro Hac Vice*)
    mtrachtenberg@winston.com
7   Robert  H. Newman (*Pro Hac Vice*)
    rnewman@winston.com
8   WINSTON & STRAWN LLP
    35 W. Wacker Drive
9   Chicago, Illinois 60601
    Telephone:  (312) 558-5600
10  Facsimile:  (312) 558-5700

11  *Attorneys for Plaintiffs/Counter-defendants*
    SPIN MASTER LTD. and SPIN MASTER, INC.

12

13                **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15  SPIN MASTER LTD., a Canadian          | **Case No.** 2:10-cv-03125-JHN-FFMx
    corporation; SPIN MASTER, INC., a
16  Delaware corporation,

17                    Plaintiffs,            **ORDER RE STIPULATION TO
                                             DISMISSAL WITH PREJUDICE IN**
18           v.                             **SETTLEMENT**

19  CRAYOLA PROPERTIES, INC., a
    Delaware corporation; CRAYOLA LLC,
20  a Pennsylvania limited liability company

21                    Defendants.            [Honorable Jacqueline H. Nguyen]

22  ────────────────────────────────

23  CRAYOLA PROPERTIES, INC., a
    Delaware corporation; CRAYOLA LLC,
24  a Delaware limited liability company,

25                    Counter-claimants,

26           v.

27  SPIN MASTER LTD., a Canadian
    corporation; SPIN MASTER, INC., a
28  Delaware corporation,

                    Counter-defendants.

---

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

Upon the parties' stipulation, and good cause appearing therefore, it is ORDERED that pursuant to Fed. R. Civ. P. 41(a) and (c), this action, including all claims and counterclaims, is dismissed with prejudice pursuant to the terms of the parties' confidential settlement agreement.

**IT IS SO ORDERED.**

Dated: May 12, 2011

_____
Hon. Jacqueline H. Nguyen
United States District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802